IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

CLAYTON ALEXANDER McCOY

Case No.   CCB-21-0075

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by __Laura Abelson, AFPD__, and the Government was represented by Assistant United States Attorney __Paul Budlow__, it is

**ORDERED**, this __7th__ day of __April 2021__, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_Thomas M. DiGirolamo_
Thomas M. DiGirolamo
United States Magistrate Judge